**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF MICHIGAN (DETROIT)**

| | |
|---|---|
| Phoenicia Hadley | CASE NO.   2:24-cv-12470-SFC-DRG |
| Plaintiff, | Hon. Sean F. Cox |
| v. | **NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |
| Equifax Information Services, LLC et al. | |
| Defendants. | |

Elliot Gale
Gale, Angelo, Johnson P.C.
2999 Douglas Blvd.
Ste 111
Roseville, CA 95661
916-290-7778
Email: egale@gajplaw.com
Attorney For Plaintiff

**TO THE HONORABLE SEAN F. COX:**

Plaintiff respectfully notifies the Court that Plaintiff has settled all claims

with Equifax Information Services, LLC.  Each party will bear its own attorneys'

fees and costs. Plaintiff will present dismissal documents to the Court as soon as possible and requests 60 days to finalize the settlements and performance. Plaintiff requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully Submitted,

Date: November 18, 2024

*/s/ Elliot Gale*
Elliot Gale
GAJ P.C.
egale@gajplaw.com
P: 916-290-7778
Counsel for Plaintiff