UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN (DETRIOT)

| | |
|---|---|
| PHOENICIA HADLEY<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, Et Al.<br><br>　　　　　Defendants. | CASE NO.   2:24-cv-12470-SFC-DRG<br><br>Hon. Sean F. Cox<br><br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT JPMORGAN CHASE BANK N.A.** |

Elliot W. Gale
egale@gajplaw.com
Gale, Angelo, Johnson PC
2999 Douglas Blvd.
Ste 111
916-290-7778 ph
916-721-2767 fax

Attorney for Plaintiff
Phoenicia Hadley

1

**TO THE HONORABLE SEAN F. COX**

Plaintiff respectfully notifies the Court that Plaintiff and JPMorgan Chase Bank N.A. have settled all claims between them in this matter. Each party will bear its own attorneys' fees and costs. Plaintiff will present dismissal documents to the Court as soon as possible and requests 60 days to finalize settlement and performance. Plaintiff requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. Plaintiff further requests that given a settlement has been reached with all Defendants the scheduling conference currently set for 11/26/2024 at 11:30 AM be vacated to save resources and allow the parties to expedite settlement.

Respectfully Submitted,

Date: November 22, 2024

*/s/ Elliot Gale*
Elliot Gale
GAJ P.C.
egale@gajplaw.com
P: 916-290-7778
F: 916-721-2767
Counsel for Plaintiff