UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **Phoenicia Hadley** | Case No.: 2:24-cv-12470-SFC-DRG |
| Plaintiff, | |
| vs. | |
| **Equifax Information Services, LLC and JPMorgan Chase Bank, N.A.** | |
| Defendants. | |

_____

**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS JPMORGAN CHASE BANK AND EQUIFAX INFORMATION SERVICES, LLC**

_____

COME NOW, Phoenicia Hadley ("Plaintiff"), by and through her undersigned counsel pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and with the consent and agreement of Defendant JPMorgan Chase Bank, N.A. ("Chase") and Defendant Equifax Information Services, LLC ("Equifax"), hereby stipulate to the dismissal with prejudice of Plaintiff's claims against Chase and Equifax in the above-styled action.  The parties shall bear their own costs, expenses, and attorneys' fees and this resolves and closes the case in its entirety.

Respectfully submitted,

| | |
|---|---|
| Gale, Angelo, & Johnson, P.C. | Dickinson Wright PLLP |
| */s/ Elliot Gale* (P85770) | */s/ Aimee R. Gibbs* |
| Elliot Gale) | Aimee R. Gibbs (P70522) |

|  |  |
|---|---|
| 2999 Douglas Blvd., Ste. 111<br>Roseville, CA 95661<br>916-290-7778<br>egale@gajplaw.com<br>Attorney for Plaintiff | 350 S. Main Street, Ste. 300<br>Ann Arbor, MI 48104<br>734-623-1653<br>agibbs@dickinsonwright.com<br>Attorney for Defendant JPMorgan Chase Bank, N.A. |

Taft Stettinius & Hollister LLP

*/s/ Jordan S. Bolton*
Jordan S. Bolton (P66309)
27777 Franklin Rd., Ste. 2500
Southfield, MI 48034
248-351-3000 ph.
jbolton@taftlaw.com
Attorney for Defendant Equifax Information Services LLC